JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| POLINA BERDNIKOVA,<br>Petitioner,<br>v.<br>JAMES JANECKA, et al.,<br>Respondents. | NO. EDCV 26-5886-AS<br><br>**JUDGMENT** |

Pursuant to the Memorandum Decision and Order,

The Petition is GRANTED.

DATED: November 18, 2026

/s/
ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE